1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant NATOLE
5

**FILED**
OCT 0 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**
OCT - 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,            )
                                          )  No. CR 02-40233-DLJ
11              Plaintiff,                )
                                          )  STIPULATION OF PARTIES;
12       v.                               )  [~~PROPOSED~~] ORDER MODIFYING
                                          )  PROBATION CONDITIONS
13  MICHAEL NATOLE                        )
                                          )
14              Defendants.               )
                                          )
15                                        )

    Mr. Natole was sentenced to a term of probation including the terms that he serve 6 months in community confinement and 12 months under home detention/electronic monitoring. Mr. Natole consensually resided at the Halfway House for a period beyond the sixth months imposed, to wit, the time between September 21, 2006 and February 3, 2007, due to his inability to find and rent a residence suitable for electronic monitoring. He commenced electronic monitoring on March 6, 2007. Neither United States Probation Officer Ahlstrand nor Officer Dural, who supervise Mr. Natole, objects to reduction in the term of Mr. Natole's electronic monitoring by an amount equal to the additional time Mr. Natole served in community confinement. On October 22, 2007, Mr. Natole will have served a total of 18 months of combined halfway house and home detention/electronic monitoring time, in conformity with the spirit of the sentence imposed by this court. Therefore,

1  IT IS HEREBY STIPULATED, by and between the parties to this action, that the Probation conditions in this case be modified such that the electronic monitoring condition shall terminate on October 22, 2007. All other Probation conditions shall remain in effect.

DATED:

W. DOUGLAS SPRAGUE
Assistant United States Attorney

DATED: 10/2/07

JOHN PAUL REICHMUTH
Assistant Federal Public Defender

## ORDER

Good cause appearing therefore, it is hereby ORDERED that the Probation conditions in this case be modified such that the home detention/electronic monitoring condition shall terminate on October 22, 2007. All other Probation conditions shall remain in effect.

DATED: Oct 3, 2007

HON. D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

1. IT IS HEREBY STIPULATED, by and between the parties to this action, that the Probation conditions in this case be modified such that the electronic monitoring condition shall terminate on October 22, 2007. All other Probation conditions shall remain in effect.

DATED: October 1, 2007

_____
W. DOUGLAS SPRAGUE
Assistant United States Attorney

DATED: 10/2/07

_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

## ORDER

Good cause appearing therefore, it is hereby ORDERED that the Probation conditions in this case be modified such that the home detention/electronic monitoring condition shall terminate on October 22, 2007. All other Probation conditions shall remain in effect.

DATED:

_____
HON. D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

United States of America,

        Plaintiff,

v.

Michael Natole,

        Defendant.
_____/

Case Number: CR02-40233 DLJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Reichmuth
Federal Public Defender
555 12th Street, 6th Floor, Suite 650
Oakland, CA 94607-3627

Douglas Sprague
U.S. Attorney's Office
1301 Clay Street, Suite 340S
Oakland, CA 94612

Alan Ahlstrand
US Probation Office
450 Golden Gate Ave. Ste. 17-6884
San Francisco, CA 94102

Alton Dural
US Probation Office
1301 Clay Street, Ste. 220
Oakland, CA 94612

Dated: October 4, 2007

                                              Richard W. Wieking, Clerk

                                              By: Frances Stone, Deputy Clerk